IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John William Flach | : | Chapter 13 |
| and Jennifer Megan Flach | : | Bankruptcy No.: 19-13239-elf |
| Debtors | : | |
| _____ | : | _____ |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Debtors' proposed Second Amended Chapter 13 Plan dated and docketed August 12, 2019 was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on August 12, 2019:*

Rebecca Ann Solarz, Esquire on behalf of PNC Bank, National Association
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*Via First Class Mail, Postage Pre-Paid on August 12, 2019:*

Gerry Thomas, Bankr. Spec.
Flagship Credit Acceptance
PO Box 3807
Coppell, TX 75019

Charles E Bradley Jr., CEO
Consumer Portfolio Services, Inc.
3800 Howard Hughes Parkway, Suite 1400
Suite 1400
Las Vegas, NV 89169

Consumer Portfolio Services, Inc.
PO Box 57071
Irvine, CA 92619

Ben Carson. HUD Secretary
U.S. Department of Housing and Urban Dev.
451 7th Street S.W.
Washington, DC 20410

1

Jay Bray, CEO
Champion Mortgage
11 Eves Drive
Marlton, NJ 08053

All other creditors listed on mailing matrix not notified by way of ECF.

                                **ROSS, QUINN & PLOPPERT, P.C.**

                By:    */s/ Joseph Quinn*
                        Joseph Quinn, Esquire
                        Attorney I.D. No. 307467
                        192 S. Hanover Street, Suite 101
                        Pottstown, PA 19464
                        T: 610.323.5300
                        F: 610.323.6081
                        jquinn@rqplaw.com
Date:  August 12, 2019          Counsel for Debtors