IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  John William Flach                  :          Chapter 13
        and Jennifer Megan Flach       :          Bankruptcy No.: 19-13239-elf
                Debtors                       :
                                                          :

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtors hereby certify that a true and correct copy of Proof of Claim No. 16 was forwarded to the following parties, as follows:

***Via Electronic Filing (ECF) on August 12, 2019:***

Rebecca Ann Solarz, Esquire on behalf of PNC Bank, National Association
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via First Class Mail, Postage Pre-Paid on August 12, 2019:***

Charles E Bradley Jr., CEO
Consumer Portfolio Services, Inc.
3800 Howard Hughes Parkway, Suite 1400
Suite 1400
Las Vegas, NV 89169

Consumer Portfolio Services, Inc.
PO Box 57071
Irvine, CA 92619

                                                    **ROSS, QUINN & PLOPPERT, P.C.**

                              By:      */s/ Joseph Quinn*
                                     Joseph Quinn, Esquire
                                     Attorney I.D. No. 307467
                                     192 S. Hanover Street, Suite 101
                                     Pottstown, PA 19464
                                     T: 610.323.5300
                                     F: 610.323.6081
                                     jquinn@rqplaw.com
Date:  August 12, 2019               Counsel for Debtors

1