# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13239-ELF

JOHN WILLIAM FLACH
JENNIFER MEGAN FLACH
616 CHARLES DRIVE

GILBERTSVILLE, PA 19525-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOHN WILLIAM FLACH
    JENNIFER MEGAN FLACH
    616 CHARLES DRIVE

    GILBERTSVILLE, PA 19525-

Counsel for debtor(s), by electronic notice only.

    JOSEPH L QUINN, ESQ
    ROSS, QUINN, & PLOPPERT, P.C.
    192 S. HANOVER ST., STE #101
    POTTSTOWN, PA 19464-

Date: 8/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee