## UNITED STATES BANKRUPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: John William Flach | Chapter 13 |
| and Jennifer Megan Flach | |
| Debtor(s) | BK No. 19-13239-elf |

### CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Debtor(s) in the above captioned matter.

2. That a copy of the Application for Compensation was filed with the Court on August 20, 2019 along with the Notice of Application and Response Deadline, and a Certificate of Service of the Application and Notice was filed verifying that the documents were timely served on August 20, 2019.

3. A response was due on or before September 10, 2019.

4. As of today, no response to said Application has been received.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: September 11, 2019