IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach, | : | |
| Debtors | : | No. : 19-13239-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy

of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion

and proposed modified Chapter 13 plan filed on September 11, 2020, has been served upon the

following by the means stated:

***Via Electronic Filing (ECF) on September 11, 2020:***

Rebecca Ann Solarz on behalf of PNC Bank National Association
bkgroup@kmllawgroup.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

***Via First Class United States Mail on September 11, 2020:***

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:      */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@rqplaw.com
Date: September 11, 2020      Counsel for Debtors