IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach, | : | |
| Debtors | : | No. : 19-13239-elf |

## **ORDER**

AND NOW, upon consideration of the Debtors' Motion to Modify the Chapter 13 Plan (Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby ORDERED that the Debtors' Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated October 13, 2020 is hereby APPROVED.

BY THE COURT:

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE