# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  John William Flach and | | Chapter 13 |
|---|---|---|
| Jennifer Megan Flach, | | |
| Debtor(s) | | BK No. 19-13239-elf |

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **941.00**.

Date:  11/12/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**