THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  John William Flach and | : | Chapter 13 |
| Jennifer Megan Flach, | : | |
| Joint Debtors | : | No. : 19-13239-mdc |

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on October 9, 2023, has been served upon the following by the means stated:

***Via Electronic Filing (ECF) on October 9, 2023:***

Brian Craig Nicholas, Esquire on behalf of PNC Bank National Association
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

***Via First Class United States Mail on October 9, 2023:***

Gerry Thomas, Bankr. Spec.
Flagship Credit Acceptance
PO Box 3807
Coppell, TX 75019

eCast Settlement Corporation
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-0702

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
      Joseph Quinn, Esquire
      Attorney I.D. No. 307467
      192 S. Hanover Street, Suite 101
      Pottstown, PA 19464
      T: 610.323.5300
      F: 610.323.6081
      JQuinn@rqplaw.com

Date:  October 9, 2023      Counsel for Debtors