BL9836224

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:
JOHN WILLIAM FLACH
JENNIFER MEGAN FLACH

Case No. 19-13239

Chapter 13

Debtor(s).

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**TO THE HONORABLE JUDGE OF SAID COURT:**

   Notice is hereby given that eCAST Settlement Corporation withdraws its Proof of Claim, Claim No. 16 in the amount of $18,024.04 filed on 08/12/2019.

   eCAST Settlement Corporation is withdrawing its Proof of Claim because it considers the Proof of Claim satisfied in full. Any monies paid after the date of this Notice will be returned to the sender.

Respectfully submitted,

By:  /s/ Christopher Cramer

Christopher S Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

Authorized agent for eCAST Settlement Corporation
DATE:          11/20/2023