**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  John William Flach and | \| | Chapter 13 |
| Jennifer Megan Flach, | \| | |
| Debtor(s) | \| | BK No. 19-13239-mdc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for John William Flach and Jennifer Megan Flach, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on November 15, 2023 along with the Notice of Application and Certificate of Service were timely served on parties in interest on November 15, 2023.

3. A response deadline to the application was due on or before December 5, 2023.

4. As of December 11, 2023, no response to said Application has been received.

                          **ROSS, QUINN & PLOPPERT, P.C.**

                          By: */s/ Joseph L. Quinn*
                              Joseph L. Quinn, Esquire
                              Attorney for Debtors
                              Attorney I.D. No. 307467
                              192 S. Hanover Street, Suite 101
                              Pottstown, PA 19464
                              Ph: (610) 323-5300

Dated: December 11, 2023