United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13239-pmm |
| John William Flach | Chapter 13 |
| Jennifer Megan Flach | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 18, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John William Flach, Jennifer Megan Flach, 616 Charles Drive, Gilbertsville, PA 19525-9197 |
| 14327027 | + | Cb Lancaster, 218 West Orange St, Lancaster, PA 17603-3746 |
| 14327028 | + | Champion Mortgage, 11 Eves Drive, Marlton, NJ 08053-3130 |
| 14327045 | + | Midwst Rcvry, 2747 W Clay St Ste A, Saint Charles, MO 63301-2557 |
| 14332192 | + | PNC BANK NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14327049 | + | PNC Mortgage, Div of PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14376619 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14327052 | + | Stellar Recovery Inc, 1327 Hwy 2 W, Kalispell, MT 59901-3413 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14327023 | | Email/Text: collectors@arresourcesinc.com | Jun 18 2024 23:45:00 | Ar Resources Inc, 1777 Sentry Pkwy W, Blue Bell, PA 19422 |
| 14327022 | + | Email/Text: bsimmons@amsher.com | Jun 18 2024 23:45:00 | Amsher Collection Serv, 4524 Southlake Pkwy Ste, Hoover, AL 35244-3270 |
| 14327025 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2024 00:15:47 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14347968 | | Email/PDF: bncnotices@becket-lee.com | Jun 19 2024 00:00:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14327026 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2024 00:00:22 | Capital One, N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14327029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 18 2024 23:45:00 | Comenity Bank/vctrssec, Po Box 182789, Columbus, OH 43218-2789 |
| 14327030 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 18 2024 23:45:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14327031 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 18 2024 23:45:00 | Consumer Portfolio Services, Po Box 57071, Irvine, CA 92619-7071 |
| 14371896 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 18 2024 23:45:00 | Consumer Portfolio Services, Inc., 3800 Howard Hughes Parkway, Suite 1400, Las Vegas, NV 89169-5980 |

Case 19-13239-pmm    Doc 109    Filed 06/20/24    Entered 06/21/24 00:36:48    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

| Recip ID | Type | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14327032 | + | Email/Text: bankruptcy@credencerm.com | Jun 18 2024 23:45:00 | Credence Resource Mana, 17000 Dallas Pkwy Ste 20, Dallas, TX 75248-1940 |
| 14327033 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2024 23:45:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 14327034 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 18 2024 23:45:00 | Credit Collection Serv, Po Box 710, Norwood, MA 02062-0710 |
| 14327035 | + | Email/Text: BKPT@cfna.com | Jun 18 2024 23:45:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14327036 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2024 00:00:25 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14327024 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 18 2024 23:45:00 | Bureau of UC Benefits & Allowances, Attn: UI Payment Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14327038 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 18 2024 23:45:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14327037 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 18 2024 23:45:00 | Dept Of Education/neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14358280 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2024 00:00:37 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14353114 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 18 2024 23:45:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14327039 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 19 2024 00:00:25 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14327040 | + | Email/Text: bankruptcy@flagshipcredit.com | Jun 18 2024 23:45:00 | Flagship Credit Acceptance, PO Box 3807, Coppell, TX 75019-5877 |
| 14327041 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 18 2024 23:45:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14327042 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 23:45:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14351097 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14327043 | ^ | MEBN | Jun 18 2024 23:42:50 | KML Law Group PC, 701 Market St, Street 5000, Philadelphia, PA 19106-1541 |
| 14327044 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 18 2024 23:45:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14360047 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2024 00:00:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14327046 | + | Email/Text: bankruptcy@sccompanies.com | Jun 18 2024 23:45:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14327047 | + | Email/PDF: pa_dc_claims@navient.com | Jun 19 2024 00:00:50 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14327048 | + | Email/Text: blegal@phfa.org | Jun 18 2024 23:45:00 | PHFA, 211 N. Front Street, PO Box 15530, Harrisburg, PA 17105-5530 |
| 14362033 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2024 23:45:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14327050 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2024 00:00:22 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14362202 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 19 2024 00:01:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14349868 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: 138OBJ | Total Noticed: 50 |

|  |  |  | Jun 18 2024 23:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
|---|---|---|---|---|
| 14332487 |  | Email/Text: bnc-quantum@quantum3group.com | Jun 18 2024 23:45:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14327051 | + | Email/Text: bankruptcy@sccompanies.com | Jun 18 2024 23:45:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14341434 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 18 2024 23:45:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Steet, Suite 201, Lincoln, NE 68508-1911 |
| 14327053 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 19 2024 00:01:06 | U.S. Dept of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14327055 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 18 2024 23:45:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14399653 |  | Email/PDF: bncnotices@becket-lee.com | Jun 19 2024 00:00:50 | eCAST Settlement Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14347971 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Jennifer Megan Flach CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Debtor John William Flach CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2    User: admin    Page 4 of 4
Date Rcvd: Jun 18, 2024    Form ID: 138OBJ    Total Noticed: 50

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John William Flach and Jennifer
Megan Flach

      Debtor(s)                                       Case No: 19−13239−pmm

                                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/18/24

                                                                                                     107 − 105
                                                                              Form 138OBJ